## Court of Appeals, State of Michigan

## ORDER

People of MI v Joseph Jordan

Docket No.    320555

LC No.    13-008896-01-FC

Jane E. Markey
Presiding Judge

Donald S. Owens

Elizabeth L. Gleicher

Judges

The Court orders that the opinion issued in this case is hereby AMENDED to correct a clerical error. The opinion is corrected to read June 16, 2015 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 3 0 2015

Date

Chief Clerk